**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 09-0103-002 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |
| v. | |
| JOSEFINA RODRIGUEZ, | |
| Defendant. / | |

    Defendant Josefina Rodriguez moves the Court for a reduction of her sentence in light of the United States Sentencing Commission's agreement to retroactively apply Amendment 782. See Mot. (dkt. 347). Defendant's motion is premature because the Amendment has not yet taken effect. Accordingly the motion is DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: September 19, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0103\order re reduction.wpd